WOLCOTT COOK et al., Respondents, *v.* LAURA M. GILL et al., Individually and as Executors of FRANK B. GILL, Deceased, Appellants.

Submitted December 1, 1941; decided December 10, 1941.

Motion for reargument granted upon filing a complete record.   (See 285 N. Y. 780; 286 N. Y. 720.)

MEYER A. NOVICK, Respondent, *v.* HULDA DAVIDSON, Appellant, Impleaded with Another.

Submitted December 1, 1941; decided December 10, 1941.

*Benjamin M. Goldstein* for motion.

No one opposed.

Motion granted and appeal dismissed, with ten dollars costs.